**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date: December 6, 2010 |
| Court Reporter:      Paul Zuckerman | |

Civil Action No.  10-cv-02577-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| ROGUE WAVE SOFTWARE, INC., a Delaware corporation, | Christine Garrison<br>James Kilroy |
| Plaintiff, | |
| v. | |
| NEXANT, INC., a Delaware corporation; and EXCELENERGY NORTH AMERICA, LLC, a Delaware limited liability company, | Ian Saffer<br>Jordan Jones (by telephone) |
| Defendants. | |

---

**COURTROOM MINUTES**

---

HEARING:     Law and Motion

**10:05 a.m.     Court in session.**

The Court addresses status of the case and defendants' Motion to Transfer Case (**Doc. #19**).

Statements from counsel Kilroy and Jones.

**ORDER:**     Defendants' Motion to Transfer Case (**Doc. #19**) is **DENIED** with leave to renew. The plaintiffs will file a Second Amended Complaint no later than  midnight  on **December 9, 2010.**

The Court addresses Plaintiff's Motion for Preliminary Injunction (**Doc. #14**).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Statements from counsel Kilroy and Saffer.

**ORDER:** The determination of the Preliminary Injunction will be joined with a determination on the merits. Discovery will be concluded by **March 7, 2011**, and will not be extended. Final Pretrial Conference is set on **April 1, 2011 at 9:00 a.m.** The Final Pretrial Order will be filed **ten days** before the Final Pretrial Conference. No dispositive motions will be filed. Trial will be scheduled at the time of the Final Pretrial Conference.

**10:33 a.m.** Court in recess.

**Total Time:** 28 minutes.
**Hearing concluded.**